**SO ORDERED.**

**SIGNED this 16th day of July, 2024.**

BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | | |
|---|---|---|---|
| In Re: | | ) | |
| | | ) | |
| Ackley Jr., Edward John | xxx-xx-6622 | ) | |
| Ackley, Donna Foltz | xxx-xx-0194 | ) | Case No. 24-10257 C-13G |
| 5867 Liberty Road | | ) | |
| Climax, NC 27233 | | ) | |
| | | ) | |
| | Debtors. | ) | |

**ORDER CONFIRMING CHAPTER 13 PLAN**

The plan under Chapter 13 of the United States Bankruptcy Code filed by the Debtors on June 3, 2024 (Doc #13) (“Plan”), having been properly served on all creditors and other parties in interest; and

After notice and opportunity for hearing, it having been determined the Plan complies with the requirements of 11 U.S.C. §1325; it is

ORDERED that the Plan is confirmed.

**[END OF DOCUMENT]**

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
24-10257 C-13G

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**