**SO ORDERED.**

**SIGNED this 13th day of December, 2024.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-16(FTP)
(Rev. 5/20)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Ackley Jr., Edward John    xxx-xx-6622    ) | |
| Ackley, Donna Foltz    xxx-xx-0194    ) | Case No: 24-10257 C-13G |
| 5867 Liberty Road    ) | |
| Climax, NC 27233    ) | |
| ) | |
| Debtors.    ) | |

**ORDER GRANTING MOTION TO INCUR DEBT**

This matter coming before the Court upon the Motion of the Debtors for an order to be entered allowing the Debtors to incur indebtedness and also requesting approval of an attorney fee in the amount of $450.00 (Doc #22). There being no filed objection to the Motion within the time period set forth in the Notice issued November 25, 2024, by the Clerk of Court setting December 11, 2024, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be granted; therefore, it is

ORDERED that the Motion by the Debtors is granted and the Debtors allowed to incur debt with a lender to finance the purchase of a motor vehicle with the Debtors allowed to finance an amount not to exceed $25,000.00 with an interest rate not to exceed 20% per annum to be repaid over a maximum period of 72 months with a monthly payment not to exceed $550.00; and it is further

ORDERED that the lender is authorized to communicate directly with the Debtors regarding monthly statements and required notices related to the loan; and, it is further

ORDERED that the Debtors are required to provide the Trustee with a copy of the financing contract entered into by the Debtors within ten (10) days of the date of the financing contract; and, it is further

ORDERED that the authorization for the Debtors to incur the debt expires ninety (90) days from entry of this Order if the Debtors have not incurred the debt; and, it is further

ORDERED that the Debtors are required to report to the Trustee at the end of ninety (90) days if the Debtors do not finance the purchase of a vehicle; and, it is further

ORDERED that the attorney for the Debtors is allowed a fee in the amount of $450.00 in reference to the Motion with the $450.00 fee to be paid through the disbursements by the Trustee.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
24-10257 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

B PETER JARVIS
TENNANT & JARVIS PC
10706 N MAIN ST
P O BOX 4585
ARCHDALE NC 27263

DONNA FOLTZ ACKLEY
5867 LIBERTY ROAD
CLIMAX NC 27233

EDWARD JOHN ACKLEY JR
5867 LIBERTY ROAD
CLIMAX NC 27233