C-13-15(a)Motion
(Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: ) **Motion and Notice**
) **Chapter 13**
ACKLEY JR, EDWARD JOHN          xxx-xx-6622 )
ACKLEY, DONNA FOLTZ             xxx-xx-0194 )     No:   24-10257   C-13G
5867 LIBERTY ROAD )
CLIMAX, NC 27233 )
)
Debtors )

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed July 16, 2024.  The plan establishes two classes of unsecured claims with Class A claims representing claims where the male Debtor is liable and Class B claims representing claims where the female Debtor is liable.  The Trustee is informed and believes that allowed unsecured claims should be classified as follows:

### CLASS A CLAIMS

| Court# | Trustee# | Claimant | Amount |
|---|---|---|---|
| 3-1 | 2 | INTERNAL REVENUE SERVICE | $ 3,088.93 |
| 3-1 | 38 | INTERNAL REVENUE SERVICE | $ 195.80 |
| 4-1 | 13 | CAPITAL ONE NA | $ 1,660.01 |
| 6-1 | 20 | CAPITAL ONE NA | $ 7,559.81 |
| 8-2 | 30 | MERRICK BANK | $ 4,638.46 |
| 9-1 | 35 | TRUIST BANK | $ 24,772.19 |
| 10-1 | 29 | PRA RECEIVABLES MANAGEMENT LLC | $ 20,153.72 |
| 13-1 | 33 | LVNV FUNDING LLC | $ 8,418.64 |
| 14-1 | 23 | LVNV FUNDING LLC | $ 1,911.90 |
| 15-1 | 8 | PORTFOLIO RECOVERY ASSOC LLC | $ 3,944.62 |
| 19-1 | 27 | LVNV FUNDING LLC | $ 1,442.44 |
| | | | $ 77,786.52 |

### CLASS B CLAIMS

| Court# | Trustee# | Claimant | Amount |
|---|---|---|---|
| 1-1 | 32 | JEFFERSON CAPITAL SYSTEMS LLC | $ 9,329.17 |
| 3-1 | 2 | INTERNAL REVENUE SERVICE | $ 3,088.93 |
| 3-1 | 38 | INTERNAL REVENUE SERVICE | $ 195.80 |
| 5-1 | 15 | CAPITAL ONE NA | $ 1,967.95 |
| 7-2 | 31 | MERRICK BANK | $ 6,056.49 |
| 9-1 | 35 | TRUIST BANK | $ 24,772.19 |
| 11-1 | 22 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 4,690.61 |
| 12-1 | 21 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 150.47 |
| 16-1 | 7 | RESURGENT RECEIVABLES LLC | $ 4,004.83 |
| 17-1 | 34 | LVNV FUNDING LLC | $ 4,039.84 |
| 18-1 | 26 | LVNV FUNDING LLC | $ 2,083.81 |
| 20-1 | 24 | LVNV FUNDING LLC | $ 1,082.37 |
| 21-1 | 28 | RESURGENT RECEIVABLES LLC | $ 1,943.84 |
| | | | $ 63,406.30 |

ACKLEY JR, EDWARD JOHN
ACKLEY, DONNA FOLTZ
CASE NO 24-10257
PAGE TWO

The Trustee recommends that an Order be entered establishing Class A and Class B claims as indicated above without prejudice to the Debtors to object to the claims.

| | |
|---|---|
| Date:   February 7, 2025 | s/Anita Jo Kinlaw Troxler |
| AJKT:lac | Standing Trustee |

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before <u>March 10, 2025</u>, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*U.S. Bankruptcy Court*
*P.O. Box 26100*
*Greensboro, NC 27402-6100*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on <u>March 18, 2025, at 2:00 p.m.</u>, in the following location:

*Courtroom **#1***
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

| | |
|---|---|
| Date:   **February 7, 2025** | OFFICE OF THE CLERK |
| | U.S. Bankruptcy Court |

PARTIES TO BE SERVED
PAGE 1 OF 1
24-10257 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

EDWARD JOHN ACKLEY JR
DONNA FOLTZ ACKLEY
5867 LIBERTY ROAD
CLIMAX, NC 27233

B PETER JARVIS
TENNANT & JARVIS PC
10706 N MAIN ST
P O BOX 4585
ARCHDALE, NC 27263

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ATTN CIVIL PROCESS CLERK
US ATTORNEY'S OFFICE
MIDDLE DISTRICT OF NORTH CAROLINA
101 SOUTH EDGEWORTH STREET, 4TH FL
GREENSBORO, NC 27401

PAMELA BONDI, ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

ATTENTION SCOTT BESSENT
SECRETARY OF TREASURY
U.S. DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20220

CAPITAL ONE, N.A.
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118

MERRICK BANK
C/O RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE, SC 29603−0368

TRUIST BANK
ATTN: SUPPORT SERVICES
P.O. BOX 85092
RICHMOND, VA 23286

PRA RECEIVABLES MANAGEMENT, LLC., AS
AGENT OF
PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA 23541

LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603−0587

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA 23541

JEFFERSON CAPITAL SYSTEMS, LLC
PO BOX 7999
ST. CLOUD, MN 56302-9617

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND, WA 98083−0788

RESURGENT RECEIVABLES, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603−0587